IN THE SUPREME COURT OF PENNSYLVANIA

RE: APPOINTMENT TO COURT OF : No. 667
: 
JUDICIAL DISCIPLINE : SUPREME COURT RULES DOCKET

**O R D E R**

PER CURIAM:

AND NOW, this 29th day of May, 2015, the Honorable David J. Barton, Allegheny County, is hereby appointed as a member of the Court of Judicial Discipline for a term of four years.